IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY CLEVELAND, an individual,<br><br>                        Plaintiff,<br>vs.<br><br>SAFEWAY INC, a foreign corporation,<br><br>                        Defendant. | No. 2:22-cv-01218-BJR<br><br>**ORDER REGARDING JOINT MOTION TO MODIFY MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES**<br><br>NOTE ON MOTION CALENDAR:<br>August 4, 2023 |

THIS MATTER having come before the Court on the parties' Modify Minute Order Setting Trial Date And Related Dates, and the Court having considered the Motion, it is hereby

ORDERED that the Motion is GRANTED.

The trial setting and deadlines reflected in the Minute Order [Dkt. No. 13], dated October 14, 2022, is hereby modified as follows: Disclosure of Expert Reports is now due on November 14, 2023.

DATED this 10th day of August, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER 1 of 2

8407 S. 259th Street Ste. 101
Kent, WA 98030
Tel: (206) 430-6096  Fax: (253) 277 8892

Presented By:

/s/ Christopher A. Morales
Christopher A. Morales, WSBA No. 41364
KHAN LAW FIRM
8407 S. 259th St., #101
Kent, WA 98030
Telephone: (206) 430-6096
Facsimile: (253) 277-8892
Email: lawyer2@klawfirm.com
Attorneys for Plaintiff,
Troy Cleveland

Presentation Waived by:

/s/ Kimberly A. Reppart
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel: 206-689-8500
Facsimile: 206-689-8501
Email: kreppart@foum.law
Email: aormsby@foum.law
Attorneys for Defendant Safeway Inc.