UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY CLEVELAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., a foreign corporation,<br><br>Defendant. | No. 2:22-cv-01218-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 27th day of October, 2023.

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
*Attorneys for Defendant*

Dated this ___ day of _____, 2023.

KHAN LAW FIRM, PLLC

/s/ Christopher A. Morales
_____
Christopher Morales, WSBA #41364
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE– 1
CAUSE NO. 2:22-CV-01218

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 30th day of October, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
*Attorneys for Defendant*

*Approved for Entry;*
*Notice of Presentation Waived*

KHAN LAW FIRM, PLLC

/s/ Christopher A. Morales
_____
Christopher Morales, WSBA #41364
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE– 2
CAUSE NO. 2:22-CV-01218

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX